```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

                       MINUTES OF PROCEEDINGS
```

Newark                                          Date: 4/2/15

**JUDGE WILLIAM H. WALLS**

Deputy Clerk:  Gail A. Hansen

Court Reporter: John Stone

Other:                                          Docket #:Cr.15-155

**TITLE OF CASE:**

United States
v.
Robert Menendez
Salomon Melgen

Appearances:

AUSA Peter Kosku, Monique Abrishami & J.P. Cooney
Abbe Lowell & Jenny Kramer, Counsel for Menendez
Anne Lyons & Maria Dominquez, Counsel for Melgen
Both Defendants present

Nature of Proceedings:   ARRAIGNMENTS/INITIAL APPEARANCES

Initial Appearances
Defendants waive reading of the Indictment
Pleas: Not Guilty to all counts of the Indictment

Order for Discovery and Inspection fld.
    Defense Motions due: 05/01/15
    Opposition due:      06/01/15
    Reply due:           06/21/15
    Hrg on motions:      06/30/15 at 10:00 a.m.
    Trial set for:       07/13/15 at 10:30 a.m.

Status Conference scheduled for 4/22/15 at 2PM
Order of Release filed for Menendez
Bail: Defendant release on his own recognizance; report to
Pretrial Services as directed; surrender personal passport;
foreign travel must be approved.
Appearance Bond, fld.

```
Order of Release filed for Melgen
Bail: 1.5 million; 10% cash and property; property to be posted
within 2 weeks; report to Pretrial Services as directed;
surrender all passports; travel restricted to continental US,
substance testing; surrender all firearms; surrender pilots
license, etc

Time Commenced: 1:10 p.m.
Time Adjourned: 1:50 p.m.


                                        Gail Hansen, Deputy Clerk
```