```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

NEWARK                                          DATE: APRIL 22, 2015

**JUDGE**: WILLIAM H. WALLS
**COURT REPORTER**: John Stone
**COURTROOM DEPUTY**: Ellen Mc Murray

**Title of Case:**                              Cr# 15-155

    USA V ROBERT MENENDEZ and SALOMON MELGEN

**Appearances**:
    Peter Koski, Esq for Govt
    Joseph P.Cooney, Esq for Govt.
    Monique T. Abrishami, Esq for Govt.
    Abbe D Lowell, Esq for defendant Menendez
    Jenny R. Kramer, Esq for defendant Menendez
    Maria Dominguez, Esq for defendant Melgen
    Anne Lyons, Esq for defendant Melgen


**Nature of proceedings**:    STATUS CONFERENCE

    Attorneys for defendants waived defendants' appearances.
    Discovery completed by the government.
    **Motion schedule is the following**:
       Motions due by June 19, 2015
       Responses due by July 20, 2015
       Reply briefs due by August 10, 2015
       Oral argument set for August 31, 2015
       Trial scheduled for October 13, 2015

    Attorneys for defendants waived objections to motion schedule and trial date under Speedy Trial Act.
    Status conference set for May 18, 2015 at 2:00.
    Parties shall work on proposed jury questionnaires.



                                          Ellen Mc Murray
                                           Deputy Clerk


Time Commenced: 2:00 pm
Time Adjourned: 3:00 pm