# EXHIBITS 1 THROUGH 5

# FILED SEPARATELY UNDER SEAL