UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT MENENDEZ<br><br>and<br><br>SALOMON MELGEN,<br><br>   Defendants. | Crim. No.  2:15-cr-00155<br>Hon. William H. Walls |

### SEALING ORDER

**THIS MATTER** having come before the Court upon the unopposed application of defendants Robert Menendez and Salomon Melgen, Chadbourne & Parke, LLP (Abbe David Lowell, Esq. and Jenny Kramer, Esq., appearing), and the Dominguez Law Office (Maria A. Dominguez, Esq. and Anne Marie Lyons, Esq., appearing) for an order sealing the Exhibits to defendants' Motion to Transfer Venue, specifically Exhibits 1 through 5, in accordance with this Court's standing Protective Order and the inclusion in the Exhibits of confidential and law-enforcement-sensitive information which is referenced therein, and for good cause shown,

**IT IS** on this  12  day of May, 2015,

**ORDERED** that the Exhibits to the defendants' Motion to Transfer Venue be filed under seal, and shall remain sealed until further Order of this Court.

_____
HON. WILLIAM H. WALLS, U.S.D.J.