UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT MENENDEZ and<br>SALOMON MELGEN,<br><br>Defendants. | **ORDER**<br><br>Cr. No. 15-155 |

For the reasons expressed in the accompanying Opinion,

It is, on this 28th day of September, 2015,

ORDERED that Defendants' motion for a bill of particulars, ECF No. 46, is denied.

Hon. William H. Walls
United States Senior District Judge