UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT MENENDEZ and<br>SALOMON MELGEN,<br><br>Defendants. | **ORDER**<br><br>Cr. No. 15-155 |

For the reasons expressed in the accompanying Opinion,

It is, on this 8th day of October, 2015,

ORDERED that:

1. Defendant Menendez's motion to dismiss Count Twenty-Two of this indictment, ECF No. 60, is hereby denied; and

2. Defendants' motion to dismiss the indictment for vagueness, ECF No. 54, is hereby denied with respect to Defendant Menendez's argument about Count Twenty-Two.

Hon. William H. Walls
United States Senior District Judge