# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

———————

No. 15-3459

———————

## UNITED STATES OF AMERICA

v.

## ROBERT MENENDEZ,

Appellant

———————

Appeal from the United States District Court
for the District of New Jersey
(D.C. Criminal Action No. 2-15-cr-00155-001)
District Judge: Honorable William H. Walls

———————

Argued February 29, 2016

Before: AMBRO, JORDAN and SCIRICA, <u>Circuit Judges</u>

## **<u>JUDGMENT</u>**

This cause came on to be heard on the record before the United States District Court for the District of New Jersey and was argued on February 29, 2016.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgments of the District Court dated September 28, 2015 and October 8, 2015, are hereby affirmed.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: July 29, 2016

**Certified as a true copy and issued in lieu of a formal mandate on** _____ April 17, 2017

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**