UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

ROBERT MENENDEZ

and

SALOMON MELGEN,

                Defendants.

Crim. No. 2:15-cr-00155
Hon. William H. Walls

**DEFENDANTS' JOINT RESPONSE TO THE GOVERNMENT'S MOTION TO DISMISS THE SUPERSEDING INDICTMENT**

Abbe David Lowell
Jenny R. Kramer
Christopher D. Man
Victoria V. Corder
**NORTON ROSE FULBRIGHT US LLP**
1200 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 974-5600

Raymond M. Brown
Justin P. Kolbenschlag
Gregg H. Hilzer
**GREENBAUM ROWE SMITH & DAVIS LLP**
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, N.J. 07095
(732) 476-3280

*Counsel for Defendant*
*Senator Robert Menendez*

Kirk Ogrosky
Murad Hussain
**ARNOLD & PORTER KAYE**
  **SCHOLER LLP**
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(202) 942-5330

Jonathan D. Cogan
Samuel A. Stern
**KOBRE & KIM LLP**
800 3rd Avenue
New York, N.Y. 10022
(212) 488-1200

*Counsel for Defendant*
*Dr. Salomon Melgen*

Defendants Senator Robert Menendez and Salomon Melgen have no objection to the Government's motion to dismiss the Superseding Indictment. Defendants request that the Court order the dismissal with prejudice and that all conditions of release imposed upon them be lifted.

Dated: January 31, 2018

Respectfully submitted,

| | |
|---|---|
| /s/  Abbe David Lowell | Kirk Ogrosky |
| Abbe David Lowell | Murad Hussain |
| Jenny R. Kramer | **ARNOLD & PORTER KAYE** |
| Christopher D. Man |  **SCHOLER LLP** |
| Victoria V. Corder | 601 Massachusetts Avenue, N.W. |
| **NORTON ROSE FULBRIGHT US LLP** | Washington, D.C. 20001 |
| 1200 New Hampshire Avenue, N.W. | (202) 942-5330 |
| Washington, D.C. 20036 | |
| (202) 974-5600 | |
| | |
| Raymond M. Brown | Jonathan D. Cogan |
| Justin P. Kolbenschlag | Samuel A. Stern |
| Gregg H. Hilzer | **KOBRE & KIM LLP** |
| **GREENBAUM ROWE SMITH & DAVIS LLP** | 800 3rd Avenue |
| Metro Corporate Campus One | New York, N.Y. 10022 |
| P.O. Box 5600 | (212) 488-1200 |
| Woodbridge, N.J. 07095 | |
| (732) 476-3280 | |
| | |
| *Counsel for Defendant* | *Counsel for Defendant* |
| *Senator Robert Menendez* | *Dr. Salomon Melgen* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2018, a true and correct copy of the foregoing was filed with the CM/ECF system for the United States District Court for the District of New Jersey, which will send electronic notification of the filing to all counsel of record.

/s/  Abbe David Lowell