# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No.: 2:15-155-WHW |
| v. | **ORDER** |
| ROBERT MENENDEZ and SALOMON MELGEN, | |

It is on this 31ST day of JANUARY, 2018,

**ORDERED** that the United States' Motion to Dismiss the Superseding Indictment is granted and the Superseding Indictment is hereby dismissed with prejudice. Furthermore, all previously imposed conditions of release are hereby lifted.

_____
JOSE L. LINARES, CHIEF JUDGE
UNITED STATES DISTRICT COURT